IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00670-ZLW-KMT

TRUST INDUSTRIAL BANK, successor in interest to FISERV TRUST COMPANY,

    Plaintiff,

v.

SHARED TECHNOLOGIES, INC.,

    Defendant.

_____

## ORDER
_____

    The parties have advised this Court that this case has settled. Therefore, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

    FURTHER ORDERED that settlement papers shall be filed on or before June 27, 2008. If by that date settlement papers have not been received by the Court, on July 7, 2008, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __6th__ day of June, 2008.

                                  BY THE COURT:

                                  _____
                                  ZITA L. WEINSHIENK, Senior Judge
                                  United States District Court