IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00670-ZLW-KMT

TRUST INDUSTRIAL BANK, successor in interest to FISERV TRUST COMPANY,

    Plaintiff,

v.

SHARED TECHNOLOGIES, INC.,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation Of Dismissal With Prejudice (Doc. No. 5; June 12, 2008) signed by the attorneys for the parties hereto, it is

ORDERED that this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

DATED at Denver, Colorado this  18th   day of June, 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court